UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Case No. 0:25-cr-00227-(LMP)-1

---

United States of America,

    Plaintiff,

v.

                                  **DEFENDANT LORRAINE COMBS'
                                  POSITION REGARDING SENTENCING**

Lorraine Combs,

    Defendant

---

Defendant Lorraine Combs, pursuant to Rule 83.10(e) of the Local Rules of the United States District Court for the District of Minnesota, submits the following position regarding sentencing. Ms. Combs has reviewed the Presentence Investigation Report ("PSR") with her counsel. Ms. Combs respectfully requests that the Court sentence her to a probationary sentence.

## FACTS

The facts of the case are accurately stated in the PSR ¶¶ 6-9.

## PROCEDURAL HISTORY

On June 10, 2025, a one-count Information was filed in the District of Minnesota charging Ms. Combs with Conspiracy to Engage in Voter Registration

Fraud beginning in or about 2021 and continuing until in or about 2022, in violation of 18 U.S. § 20511(2)(A). Doc. 1. On June 24, 2025, Ms. Combs pled guilty to the sole count of the Information.

## GUIDELINE RANGE

The Base offense level is 12. PSR §14. Ms. Combs believes and requests that she receive a two-level reduction because she is eligible for the Safety Valve, and two more levels for acceptance of responsibility and timely plea. After the reductions noted above, Ms. Combs's adjusted offense level is 8 in Criminal History Category I. This yields a Guideline sentence of 0 to 6 months of imprisonment. PSR § 54.

## 18 U.S.C. § 3553(a) FACTORS

I. **The Nature and Circumstances of the Offense.**

Ms. Combs's involvement in this case consisted of providing false information on voter registration applications. Ms. Combs immediately acknowledged her role and began cooperating with investigators and entered into a guilty plea to take responsibility for her actions.

II. **The Characteristics of the Defendant.**

Lorraine Combs is a 57-year-old woman with eight adult children. She was raised in Chicago and came to Minnesota on her own volition in 2019 to enter into a residential substance use program. She successfully completed this program and

has maintained sobriety since 2019. PSR § 44. Ms. Combs has been employed at Walmart since 2023.

### III.   The Needs of Sentencing

Ms. Combs accepted responsibility for her role in this case. She is sorry for her participation and regrets her actions.

The First Step Act provides a defendant with the opportunity to be sentenced without regard to any statutory minimum sentence if the Court finds at sentencing that a defendant meets certain statutory criterion. 18 U.S.C. §3553(f). Ms. Combs satisfies every one of the criteria for safety valve treatment under the First Step Act. Therefore, the Court may sentence below the statutory minimum.

### CONCLUSION

Under 18 U.S.C. § 3553(a), the Court must impose a sentence sufficient but not greater than necessary, to effectuate the goals of the federal sentencing scheme. In this case, a probationary sentence will accomplish the sentencing goals of § 3553(a).

Dated: October 15, 2025          BEST & FLANAGAN LLP

*/s/Amy S. Conners*

Amy S. Conners (#0387375)
BEST & FLANAGAN LLP
60 South Sixth Street, Suite 2700
Minneapolis, MN  55402
Email:  aconners@bestlaw.com
Telephone:  612-339-7121

*Attorneys for Defendant*